IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON ANDERSON,

    Petitioner,               No. 2:12-cv-2964 KJN P

    vs.

CONNIE GIPSON,

    Respondent.          ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Also, petitioner has filed a request for an extension of time to file a reply to the answer. Good cause appearing, the request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's request for appointment of counsel (ECF No. 19) is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

     2. Petitioner's request for an extension of time (ECF No. 18) is granted; and

     3. Petitioner is granted up to and including June 18, 2013, in which to file a reply to respondent's answer.

DATED: May 22, 2013

                               KENDALL J. NEWMAN
                               UNITED STATES MAGISTRATE JUDGE

ande2964.110+111