1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AARON ANDERSON,

11          Petitioner,                    No.  2:12-cv-2964 KJN P

12       vs.

13   CONNIE GIPSON,

14          Respondent.                    ORDER

15   _____/

16          Petitioner has requested the appointment of counsel.  There currently exists no

17   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

18   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

19   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

20   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

21   served by the appointment of counsel at the present time.

22          In addition, petitioner has requested an extension of time to file a reply to the

23   answer.  On June 26, 2013, petitioner was granted a thirty-day extension of time to file a reply.

24   ////

25   ////

26   ////

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.   Petitioner's motion for appointment of counsel (ECF No. 23) is denied

3    without prejudice to a renewal of the motion at a later stage of the proceedings; and

4         2.   Petitioner's motion for extension of time (ECF No. 23) is denied as

5    unnecessary.

6    DATED:  June 27, 2013

7

8    _____
     KENDALL J. NEWMAN

9    UNITED STATES MAGISTRATE JUDGE

10   ande2964.110+111(2)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26