UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANDERSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CONNIE GIPSON,<br><br>　　　　　Respondent. | No. 2:12-cv-2964 KJN P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's habeas corpus petition is submitted for decision. Also pending is petitioner's motion for an evidentiary hearing. (ECF No. 25.) The court will address this motion when it addresses the merits of petitioner's habeas corpus petition. For this reason, petitioner's motion for an evidentiary hearing is vacated from the calendar pending its reinstatement when the court addresses the merits of petitioner's habeas petition.

　　　　Accordingly, IT IS HEREBY ORDERED that petitioner's motion for an evidentiary hearing (ECF No. 25) is vacated.

Dated: December 20, 2013

an2964.evi

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1