UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANDERSON, | No.  2:12-cv-2964 KJN P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Sacramento County Superior Court held an evidentiary hearing addressing one of petitioner's ineffective assistance of counsel claims.

In the instant action, respondent did not file a copy of the transcript from the evidentiary hearing in the Sacramento County Superior Court.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, respondent shall file a copy of the evidentiary hearing transcript discussed above.

Dated:  February 24, 2014

An2964.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1