1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    AARON ANDERSON,                          No.  2:12-cv-2964 KJM KJN P

12                 Petitioner,

13         v.                                   ORDER

14    CONNIE GIPSON,

15                 Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18    corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19    provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On March 19, 2014, the magistrate judge filed findings and recommendations, which were

21    served on all parties and which contained notice to all parties that any objections to the findings

22    and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the

23    findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court is required to conduct a *de novo* review of this case.  In order to conduct said review, the

26    court will require respondent to lodge several items referred to in the findings and

27    recommendations that are not in the record before this court.

28    /////

                                                  1

1    Accordingly, IT IS HEREBY ORDERED that the April 7, 2015 Order (ECF No. 43) and

2  Judgment (ECF No. 44) are VACATED.

3    IT IS HEREBY FURTHER ORDERED that within twenty-one days from the date of this

4  order respondent shall lodge the following with this court:

5    1.  Pages 84 and 85 of the Reporter's Transcript of proceedings from October 25,

6  2007, said pages to be lodged and maintained under seal until further order of this court;

7    2.  Reports, if any, from any and all psychological/psychiatric evaluations of

8  petitioner that took place after the trial court continued petitioner's trial to November 13, 2007,

9  *see* ECF No. 37 at 16; and

10    3.  The videotape from the supermarket offered into evidence at petitioner's trial.

11  DATED:  April 7, 2015.

12

13  _____
    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28