UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANDERSON, | No. 2:12-cv-2964 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 28 U.S.C. § 2254. On February 9, 2016, the court denied petitioner's habeas corpus petition. (ECF No. 53.) On March 2, 2016, petitioner filed a notice of appeal to the Ninth Circuit Court of Appeals and a motion for appointment of counsel. (ECF Nos. 55, 58.) Petitioner's motion for appointment of counsel should be directed to the Ninth Circuit Court of Appeals.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF No. 58) is disregarded.

Dated: March 17, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ande2964.110(2)