UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANDERSON,<br><br>    Petitioner,<br><br>    v.<br><br>CONNIE GIPSON,<br><br>    Respondent. | No. 2:12-cv-2964 KJM KJN P<br><br><br><br>ORDER |

The Ninth Circuit remanded this matter to this court with instructions to grant the writ unless, within a reasonable time, the State grants petitioner a new trial consistent with due process. ECF No. 63 (Sept. 28, 2018 mandate). Accordingly, the State is ORDERED to either set a new trial date within 60 days of this order or notify the court it does not intend to retry petitioner. In the latter case, the court will grant the writ.

IT IS SO ORDERED.

DATED: October 29, 2018.

_____
UNITED STATES DISTRICT JUDGE

1