UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON ANDERSON,                             No. 2:12-cv-02964-KJM-KJN

            Petitioner,

      v.                                     ORDER

CONNIE GIBSON,

            Respondent.

The court has received and reviewed respondent's response to the court's October 30, 2018 order following the Ninth Circuit's mandate.  Resp., ECF No. 67; Oct. 30, 2018 Order, ECF No. 65; Ninth Circuit Mandate, ECF No. 63.

The court ORDERS as follows:

(1) Petitioner's writ of habeas corpus is GRANTED; and

(2) Within 60 days of this order, respondent shall either (a) set a new trial date for petitioner, without prejudice to petitioner's ability to waive that date according to his own concerns, or (b) release petitioner from custody.

IT IS SO ORDERED.

DATED:  November 21, 2018.

_____
UNITED STATES DISTRICT JUDGE

1